Thomas J. HOWARD, Libelant, v. UNITED STATES of America, Respondent-Appellant.

LEHIGH & WILKES-BARRE COAL CO., Libelant, v. UNITED STATES of America, Respondent-Appellant.

George H. DENTZ, Libelant, v. UNITED STATES of America, Respondent-Appellant.

UNITED STATES of America, Libelant-Appellant, v. Thomas J. HOWARD, Respondent.

Nos. 242-245.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1932.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Charles E. Wythe, Sp. Asst. to U. S. Atty., of New York City, of counsel), for the United States.

Macklin, Brown, Lenahan & Speer, of New York City (Howard L. Cheyney, of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Frank W. HOWBERT, Individually and as Collector of Internal Revenue for the District of Colorado, v. CONTINENTAL DREDGING COMPANY.

No. 587.

Circuit Court of Appeals, Tenth Circuit.

Dec. 10, 1931.

Ivor O. Wingren, Asst. U. S. Atty., of Denver, Colo., for appellant.

Forrest C. Northcutt, of Denver, Colo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

Harry IBA v. COMMISSIONER OF INTERNAL REVENUE.

No. 567.

Circuit Court of Appeals, Tenth Circuit.

Oct. 14, 1931.

J. B. Grice, of Washington, D. C., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and COTTERAL, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of respondent; counsel for petitioner consenting thereto.

Mary G. IBA v. COMMISSIONER OF INTERNAL REVENUE.

No. 568.

Circuit Court of Appeals, Tenth Circuit.

Oct. 14, 1931.

J. B. Grice, of Washington, D. C., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and COTTERAL, Circuit Judges.

PER CURIAM.

Petition for review dismissed, on motion of respondent; counsel for petitioner consenting thereto.